IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ANTHONY D. LAFAYETTE**                                                                     **PLAINTIFF**

v.                                                         CAUSE NO. 1:22-cv-00221-LG-RPM

**SMCI – GREENE COUNTY, et al.**                                       **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Court's Order issued this date and incorporated herein by reference,

**IT IS THEREFORE ORDERED AND ADJUDGED** that this civil action is **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).  *See Bates v. Price*, 368 F. App'x 594, 595 (5th Cir. 2010) (affirming the dismissal of a time-barred prisoner case as frivolous).

**IT IS FURTHER ORDERED AND ADJUDGED** that this dismissal counts as a "strike" under 28 U.S.C. § 1915(g).  Plaintiff Anthony D. Lafayette is advised that, if he receives three strikes, "he may not proceed [*in forma pauperis*] in any civil action or appeal filed while he is incarcerated or detained in any facility unless he is under imminent danger of serious physical injury." *Adongo v. Tex.*, 124 F. App'x 230, 232 (5th Cir. 2005) (citing 28 U.S.C. § 1915(g)).

**SO ORDERED AND ADJUDGED** this the 3rd day of November, 2022.

                                                   s/ *Louis Guirola, Jr.*

                                                   LOUIS GUIROLA, JR.
                                                   UNITED STATES DISTRICT JUDGE